XL SPECIALTY INSURANCE COMPANY, Plaintiff

v.

BOLLINGER SHIPYARDS, INCORPORATED, et al, Defendants.

No. 14–30332.

United States Court of Appeals, Fifth Circuit.

Feb. 18, 2015.

Robert S. Reich, Esq., Michael Thomas Wawrzycki, Reich, Album & Plunkett, L.L.C., Metairie, LA, for Plaintiff.

Robert J. David, Jr., Juneau David, A.P.L.C., Lafayette, LA, for Defendants.

Before REAVLEY, JONES, and ELROD, Circuit Judges.

PER CURIAM: *

The district court judgment is affirmed because the claim of the alleged wrongful act by Bollinger Shipyards was made on the date of the tolling agreement in 2008 before the policy period in 2011.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.